## UNITED STATES OF AMERICA
### Bernard SPOONER, Appellant.
#### No, 7990.

Circuit Court of Appeals, Third Circuit.

Argued July 9, 1942.

Decided July 9, 1942.

Helen H. Siegel, of New York City (Charles Green, of Philadelphia, Pa., on the brief), for appellant.

Frank J. Bradley, Asst. U. S. Atty., of Norristown, Pa. (Gerald A. Gleeson, U. S. Atty., of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The decree of the District Court is affirmed.

---

## Albert SMITH, Petitioner, v. John W. DELEHANT, Judge of the District Court of the United States for the District of Nebraska, Lincoln Division.
### No. 12314.

Circuit Court of Appeals, Eighth Circuit.

June 2, 1942.

Albert Smith, pro se.

PER CURIAM.

Motion of petitioner for order requiring District Judge to grant appeal, denied.

---

## Vernon WALKER v. Robert H. HUDSPETH, Warden, United States Penitentiary, Leavenworth, Kansas.
### No. 2441.

Circuit Court of Appeals, Tenth Circuit.

June 16, 1942.

Roy C. Lytle, of Oklahoma City, Okl., for appellant.

Summerfield S. Alexander, U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed.